

◎AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____SOUTHERN_____ District of _____NEW YORK_____

DANA ILLIE-STOUT

V.

BARRIER FREE LIVING, INC.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

08 CIV 6388

TO: (Name and address of Defendant)

Barrier Free Living, Inc.
270 East 2nd Street
New York, NY 10044

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Locksley O. Wade, Esq.
Law Office of Locksley O. Wade, LLC
110 Wall Street, 11th Floorr
New York, NY 10005
(212) 933-9180
(212) 253-4142 Fax
Attorney for Plaintiff

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK

(By) DEPUTY CLERK

DATE   JUL 1 0 2008

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DANA ILLIE-STOUT,<br><br>Plaintiff<br>v.<br>BARRIER FREE LIVING INC.,<br><br>Defendant | Case No.: 08 CIV 6388<br>Filing Date:          07-10-2008<br><br><br><br>ATTY:<br>LOCKSLEY O. WADE, LLC<br>110 Wall Street, 11th Floor<br>New York, NY 10005 |

## AFFIDAVIT OF SERVICE

STATE OF New York: COUNTY OF Kings    ss:

I, LOAI F. SARSOUR, being duly sworn deposes and says deponent is not a party to this action, I am over the age of eighteen years and reside in the state of New York.  That on JULY 28, 2008 at 3:40 PM at 270 EAST 2ND STREET, NEW YORK, NY 10044, receipients BUSINESS OFFICE deponent served the within SUMMONS AND COMPLAINT WITH JURY DEMAND on BARRIER FREE LIVING INC. therein named.

CORPORATION: a corporation by delivering thereat a true copy of each to CATHERINE FISHER personally, deponent knew said corporation so served to be the corporation described in legal papers and knew said individual to be the DIRECTOR OF HUMAN RESOURCES authorized agent thereof.

DESCRIPTION:  Deponent further states that the description of the person actually served is as follows:
Gender: Female    Race/Skin: White    Hair: Brown    Age: 50    Height: 5'-3"    Weight: 145

COMMENTS:

I declare under penalties of perjury that the information contained herein is correct to the best of my knowledge.

_____
Loai F. Sarsour, Lic. #1133309

7-29-08
Executed on:

Subscribed and sworn to before me, a notary public, on this 29th day of July, 2008.
_____    My Commission Expires:
Notary Public

MARIA L. BASS
Notary Public, State of New York
No. 01BA6107290
Qualified in Kings County
Commission Expires March 22, 2011

ID: 08-008296

Client Reference: Stout v Barrier Free Living, Inc.