

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

Dana Illie-Stout,

                        Plaintiff,

        -against-

Barrier Free Living, Inc.,

                        Defendant.

08 CV 6388 (GEL)

STIPULATION AND ORDER

---

        It is hereby stipulated and agreed by and between the undersigned counsel for the parties herein that the time for Defendant Barrier Free Living, Inc. to answer or move with regard to the Complaint dated July 16, 2008, is hereby extended from the original date of August 15, 2008 to September 15, 2008. This is the first request for an extension of time to answer or move with regard to the Complaint.

Dated: August 13, 2008
       New York, New York

Locksley O. Wade
Law Office of Locksley O. Wade LLC
110 Wall Street, 11th Floor
New York, NY 10005
Telephone: (212) 933-9180
Facsimile: (212) 253-4142

Attorney to the Plaintiff Dana Illie-Stout

_/s/ Grant Hering_
Grant Hering
CADWALADER, WICKERSHAM & TAFT LLP
One World Financial Center
New York, New York 10281
Telephone: (212) 504-6000
Facsimile: (212) 504-6666

Attorneys for Barrier Free Living, Inc.

SO ORDERED, this 18th day of August, 2008

_/s/_
U.S.D.J.